UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH FUND, et al.,

                                   Plaintiffs,

                  -v-

ATLAS HEALTH CARE LINEN SERVICES CO., LLC,

                                   Defendant.

------------------------------------------------------------------------X

17 Civ. 7314 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       On July 24, 2020, the Court issued an Order to Show Cause, instructing plaintiff, by August 3, 2020, to show cause why this case should not be dismissed for failure to prosecute. Dkt. 9. Plaintiff has not made any such filing. Accordingly, the Court dismisses this case, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

       The Clerk of Court is respectfully directed to close this case.

       SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                      Paul A. Engelmayer
                                                                      United States District Judge

Dated: August 5, 2020
            New York, New York